Slip Op. 08-117

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                 :
T.W.R., Inc.,                    :
                                 :
            Plaintiff,           :
                                 :
        v.                       :    Before: Richard K. Eaton, Judge
                                 :
UNITED STATES                    :    Court No. 05-00356
SECRETARY OF AGRICULTURE,        :
                                 :
            Defendant.           :
_____:

JUDGMENT

Upon consideration of defendant's Reconsideration Upon the Second Remand of the Application of T.W.R., Inc., filed in response to the court's order of May 28, 2008 (the "Second Remand Results"), plaintiff's comments, defendant's response to plaintiff's comments, and all other pertinent papers, it is hereby

ORDERED that the Second Remand Results granting plaintiff's application for trade adjustment assistance are affirmed.

                                      /s/Richard K. Eaton
                                        Richard K. Eaton

 Dated:    November 3, 2008
           New York, New York